**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01063-LTB-BNB

MARY ALICE SIMOES-CORREIA;
EDWARD C. CORREIA,

        Plaintiffs,

vs.

JEFFREY K. WOOD a/k/a WOODWORKS PROPERTIES; and
SOUTHWEST CREDIT SERVICES, INC., a Nevada corporation d/b/a SW CREDIT SERVICES, INC.,

        Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Notice of Dismissal Under F.R.C.P. Rule 41(a)(1) (Doc 2 - filed July 20, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        LEWIS T. BABCOCK, Chief Judge
        United States District Court

DATED: July 20, 2006